UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LATARA HARRIS,**

    **Plaintiff,**

**v.**                                                  Case No. 3:22cv23351-TKW-HTC

**BATH & BODY WORKS, LLC,**

    **Defendant.**
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 46), Plaintiff's objection (Doc. 49), and Defendant's response (Doc. 51). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3).

Based on that review, the Court agrees with the magistrate judge's determination that Defendant is entitled to summary judgment on Plaintiff's race discrimination claim. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's motion for summary judgment (Doc. 39) is **GRANTED**.

3. The Clerk shall enter judgment, stating "Summary judgment is entered for Defendant. Plaintiff shall take nothing from this action and Defendant shall go hence without day."

4. The Clerk shall close the case file.

**DONE and ORDERED** this 23rd day of October, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**